# feder law office, p.a.

attorneys and counselors at law

harold feder*
bruce feder**
  * admitted in arizona and wyoming
  ** admitted in arizona and washington, d.c.
  ** certified specialist in criminal law.
     state bar of arizona

biltmore lakes corporate center
2930 e. camelback road suite 205
post office box 44560
phoenix, arizona 85064-4560
(602) 257-0135
fax: (602) 954-8737

★ SEPT 14 2005 ★

## BROOKLYN OFFICE

September 7, 2005

**SENT VIA U.S. MAIL AND**
**FAX NO. (718) 260-4506**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   USA v. Ali Khan - 04-CR-00441 (JG)

Dear Judge Gleeson:

> The application to modify the conditions of release is granted.
>
> So ordered
>
> s/John Gleeson
> USDJ
> 9-8-05

   As you know, I am one of the attorneys involved in the representation of Mr. Khan. This letter is written to request modification of Mr. Khan's bond conditions. The details of the request have been worked out with Assistant United States Attorney Elaine Banar and the government does not object to the request.

   Specifically, it is probable Mr. Khan will enter a change of plea on the next scheduled court date. In the meantime, he has entered into a civil settlement with the United States Department of Commerce which, in part, requires him to pay $110,000. In order to pay this amount, due on or before September 16, 2005, it is requested that the present bond conditions be modified to a personal recognizance bond in exchange for releasing the $144,000 in cash which was originally posted. The real property and other cash is to remain as bond collateral.

   Because of the imminent payment date on the Commerce Department Agreement, it is hoped that the Court can act on this request as soon as possible. It is my understanding from the staff of the United States Magistrate Judge Courts in Arizona that in order to have Mr. Khan appear and sign a modified bond condition agreement, the Eastern District of New York would have to request the District of Arizona Court to hold a hearing for this purpose.

The Honorable John Gleeson
September 7, 2005
Page 2

As noted, Assistant United States Attorney Elaine Banar is in agreement with the above request on behalf of the government. If the Court needs any further information or other actions by defense counsel, please contact either Mr. Lefcourt or Ms. Reich at (212) 737-0400 or myself at (602) 257-0135 or (602) 284-8297.

                                                        Respectfully submitted,

                                                        Bruce Feder

BF/lb
cc:    Elaine Banar, Esq.
       Gerald Lefcourt, Esq.
       Sheryl Reich, Esq.