UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,             :     04-CR-00441 (JG)    ★OCT 6 2005★

                                                           :     AMENDED ORDER BROOKLYN OFFICE
                                                           :     MODIFYING
                                                           :     CONDITIONS OF RELEASE

    - against -                                       :

ALI KHAN,

            Defendant.                    :
-----------------------------------------------------------x

        Counsel for the defendant having made application before me on September 15, 2005, for a change in bail conditions, and

        Defendant having submitted a letter dated September 7, 3005, from his attorney in Phoenix, Arizona, in support thereof, and

        The Government having voiced no opposition thereto,

        This Court have entered an Order substantially to the effect below on September 27, 2005, and

        Having now determined that monies previously deposited with the Clerk of the United States District Court for the District of Arizona were transferred to the Clerk of this Court;

        Upon consideration of the application,

        IT IS HEREBY ORDERED that the conditions of release are modified as follows:

1.     Mr. Khan be released on a Personal Recognizance Bond in the amount of $500,000, to be signed by Mr. Khan and Lisa Khan, who has agreed to act as co-surety.

2. The amount of One Hundred and Forty-Four Thousand Dollars ($144,000.00), currently being held by the Clerk of this Court in satisfaction of one of the bail conditions shall be released, as follows:

   a. A check in the amount of $110,000 shall be made payable to Lisa Khan and provided to her as return of bail. The Clerk of the Court shall issue a check in this amount payable to Lisa Khan, and send it via overnight service to Ms. Khan c/o Feder Law Office, P.A., 2930 East Camelback Road, Suite 205, Phoenix, Arizona 85016, said check to be delivered on or before 5:00 p.m., October 3, 2005;

   b. A check in the amount of $34,000 shall be made payable to the United States Marshall's Service and provided to Assistant United States Attorney Elaine Banar, One Pierrepont Plaza, Brooklyn, New York 11201, in partial satisfaction of the criminal forfeiture previously ordered.

3. The property owned by Turboanalisis, Inc., located at 5310 South 32d Street, Phoenix, Arizona 85040, and currently securing Mr. Khan's release shall be released from serving as security for the bond.

4. The assistance of the United States District Court for the District of Arizona is respectfully requested in effectuating this Order.

DATED this ____ day of September, 2005.

                                                                    10-3-05
                            s/John Gleeson
                            The Honorable John Gleeson
                            United States District Court Judge