LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION

148 EAST 78TH STREET
NEW YORK, NEW YORK 10021

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2006 ★

BROOKLYN OFFICE**

GERALD B. LEFCOURT

SHERYL E. REICH
RENATO C. STABILE
CHAD L. EDGAR

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192
E-MAIL
lefcourt@lefcourtlaw.com

March 9, 2006

BY FACSIMILE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*Permission granted
So ordered
s/John Gleeson
USDJ
3-10-06*

*United States v. Khan,*
04-CR-00441 (JG)(ALL)

Dear Judge Gleeson:

I write as counsel to Ali Khan, the defendant in the above matter, to request permission for him to travel outside the limits imposed on him as a condition of pre-trial release. The government, through Assistant United States Attorney Elaine D. Banar, consents to this request.

By the terms of his release, Mr. Khan is confined to the United States. In order to travel outside the United States, as he has done now on numerous occasions, he is required to obtain permission from the Court. In order to carry on the business of manufacturing and distributing airplane parts through his company, Turboanalisis, Inc., Mr. Khan seeks permission to travel as follows. The travel would be to London, Saudi Arabia and Dubai:

> Depart Phoenix, 3/19/06, via British Airlines flight BA0288, arrive London (Heathrow) 3/20/06. In London, Mr. Khan would meet with representatives of Sigma Aerospace.
>
> Depart London 3/25/06 via Emirates Airlines flight EK008, arrive in United Arab Emirates, Dubai, at 7:45 pm the same day. In Dubai, Mr.

MAR-09-2006 16:37    Gerald B. Lefcourt, P.C.    P.03/03

LAW OFFICES OF
## GERALD B. LEFCOURT, P.C.

The Honorable John Gleeson
United States District Judge
Eastern District of New York
March 9, 2006
Page 2

    Khan would meet with representatives of Dubai Air Wing, a commercial cargo air carrier.

    Depart Dubai 3/30/06 via Emirates Airlines flight EK803, arrive in Saudi Arabia at 6:45 pm that same day. In Saudi Arabia, Mr. Khan would meet with representatives of the Aircraft Accessories & Components Company.

    Depart Saudi Arabia 4/6/06 via Emirates Airlines flight EK804, connecting with flight EK007 in Dubai for London, connecting to British Air flight BA0289 that will arrive in Phoenix 4/7/06.

    In order to make the trip, Mr. Khan will need his passport one business week in advance of departure, that is, by March 10, in order to secure a visa to travel to Saudi Arabia. The passport is in the custody of Mr. George Hernandez, the Pre-Trial Services officer to whom Mr. Khan reports in the District of Arizona. Mr. Hernandez is prepared to release the passport if the Court permits the travel. We apologize for the short notice to the Court but the for personal reasons the agent has been unavailable and that delayed the government's consent to the request.

    Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*
Sheryl E. Reich

cc:    Elaine D. Banar, Esq.
        Assistant United States Attorney (by fax)

LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION

148 EAST 78TH STREET
NEW YORK, NEW YORK 10021

-----

TELEPHONE (212) 737-0400
FACSIMILE (212) 988-6192
lefcourt@lefcourtlaw.com

GERALD B. LEFCOURT

---

SHERYL E. REICH
RENATO C. STABILE
CHAD L. EDGAR

DATE: March 9, 2006

CLIENT: Khan

## TELECOPIER COVER SHEET

Please deliver the following pages to:

| | | | |
|---|---|---|---|
| **NAME:** | The Honorable John Gleeson | Tel: | 718-613-2450 |
| | | Fax: | 718-613-2457/6 |
| | Elaine D. Banar, Esq. | Tel: | 718-254-6232 |
| | Assistant United States Attorney | Fax: | 718-254-8702 |

**MESSAGE:** Letter in *United States v. Khan* seeking permission to travel.

**FROM:** SE Reich

**SENT BY:** Jose Rosado

**FIRM:** Gerald B. Lefcourt, P.C.

**NUMBER OF PAGES (including cover):** -3-

If you do not receive all of the pages, please call us as soon as possible at (212) 737-0400.

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Receipt by anyone other than the individual recipient is not a waiver of any attorney-client privilege. Thank You.