LAW OFFICES OF

# GERALD B. LEFCOURT, P.C.

A PROFESSIONAL CORPORATION

148 EAST 78TH STREET

NEW YORK, NEW YORK 10021

**FILED**

IN CLERK'S OFFICE

U.S. DISTRICT COURT E.D.N.Y.

★ JUN 9 2006 ★

**BROOKLYN OFFICE**

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

May 24, 2006

BY FACSIMILE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted*

*So ordered*

s/John Gleeson   USDJ

5/30/06

*United States v. Khan,*
04-CR-00441 (JG)(ALL)

Dear Judge Gleeson:

I write as counsel to Ali Khan, the defendant in the above matter, to request permission for him to travel outside the limits imposed on him as a condition of pre-trial release. The government, through Assistant United States Attorney Elaine D. Banar, consents to this request.

By the terms of his release, Mr. Khan is confined to the United States. In order to travel outside the United States, as he has done now on numerous occasions, he is required to obtain permission from the Court. In order to carry on the business of manufacturing and distributing airplane parts through his company, Turboanalisis, Inc., Mr. Khan seeks permission to travel as follows. The travel would be to London, Saudi Arabia and Dubai:

Depart Phoenix, 6/4/06, via British Airlines flight BAO288, arrive London (Heathrow) 6/5/06. In London, Mr. Khan would meet with representatives of Sigma Aerospace, specifically, Jill Collins and Andy Dare.

Depart London 6/12/06 via Emirates Airlines flight EK008, arrive in United Arab Emirates, Dubai, at 7:45 pm the same day. In Dubai, Mr.

LAW OFFICES OF
GERALD B. LEFCOURT, P.C.

The Honorable John Gleeson
United States District Judge
Eastern District of New York
May 24, 2006
Page 2

Khan would meet with representatives of Dubai Air Wing, specifically,
Mohammad A. Rais.

Depart Dubai 8/18/06 via Emirates Airlines flight EK803, arrive in Saudi
Arabia at 6:45 pm that same day.  In Saudi Arabia, Mr. Khan would meet
with representatives of the Aircraft Accessories & Components Company,
specifically Steven Jones.

Depart Saudi Arabia 6/24/06 via Emirates Airlines flight EK804,
connecting with flight EK007 in Dubai for London, connecting to British
Air flight BA0289 that will arrive in Phoenix 6/25/06.

In order to make the trip, Mr. Khan will need his passport one business week in advance
of departure, that is, by May 30, in order to secure a visa to travel to Saudi Arabia.  The passport
is in the custody of Mr. George Hernandez, the Pre-Trial Services officer to whom Mr. Khan
reports in the District of Arizona.  Mr. Hernandez is prepared to release the passport if the Court
permits the travel.

Thank you for your consideration in this matter.

Respectfully submitted,

Sheryl E. Reich

cc:    Elaine D. Banar, Esq.
       Assistant United States Attorney (by e-mail)